IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00376-BNB

JERRY LEWIS DEDRICK,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF JUSTICE AGENCY,

    Defendant.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 12 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

On March 4, 2010, Mr. Dedrick, a federal prisoner who currently is incarcerated at the United States Penitentiary in Florence, Colorado, was denied leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g). The Court instructed Mr. Dedrick to pay the entire $350.00 filing fee within thirty days if he wished to pursue his claims in this action. The Court warned Mr. Dedrick that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

Mr. Dedrick has failed to pay the filing fee within the time allowed. The Complaint and the action, therefore, will be dismissed. Accordingly, it is

ORDERED that the Complaint and the action are dismissed without prejudice because Mr. Dedrick failed to pay the $350.00 filing fee in full within the time allowed.

DATED: April __12__, 2010

BY THE COURT:

*signature: Christine M. Arguello*

_____
CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-00376-BNB

Jerry Lewis Dedrick
Reg No. 27140-180
USP – Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 4/12/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk